**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**
**EMMER L. TENNER AKA EMMER HARRINGTON**           **CHAPTER 13**
        Debtor                                                                              **CASE NO. 10-03628-NPO**
                                                                                                            Dkt # 31

**HSBC BANK NEVADA, NA,**
         Movant

**V.**

**EMMER L. TENNER AKA EMMER HARRINGTON,**
        Respondent

**AGREED ORDER LIFTING AUTOMATIC STAY,
TO ABANDON PROPERTY AND OTHER RELIEF**

**CAME BEFORE THIS COURT** on Motion of HSBC Bank Nevada, N.A. ("Movant") for relief from the automatic stay of 11 U.S.C. § 362 and for abandonment pursuant to 11 U.S.C. § 554(b) and for other relief, and the Court, being fully advised in the premises, and based upon the agreement of the parties, does hereby find and order as follows:

1.        Movant holds a valid claim against Debtor, which is secured by a 2006 Kawasaki ZXI Motorcycle, VIN JKBZXNA1X6A005643 ("Property").

2.        Movant has not been provided adequate protection with respect to its claim secured by the Property.

3.        That good and sufficient cause exists to lift, terminate and annul the automatic stay of 11 U.S.C. § 362, and for the property to be abandoned.

4.        On information and belief, Debtor intends to voluntarily surrender the Property.

5.        This Order shall be binding upon Debtor, Debtor's successors and assigns, including, without limitation, any Trustee in bankruptcy, and any other parties-in-interest.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the automatic stay of 11 U.S.C. § 362 and any other restraint against Movant exercising its rights as to its collateral is lifted, vacated, terminated and annulled as to Movant without further order of this Court and that the property is abandoned to Movant pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court, and that entry of this order shall constitute entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

Finally, the parties shall execute such other instruments or instruments as may be reasonably necessary to give effect to the purpose and intent of this Agreed Order.

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
188 East Capitol Street, Suite 1400
Post Office Box 98
Jackson, Mississippi  39205-0098
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467

Agreed and Approved by:

_____
Charles Frank Fair Barbour
Attorney for Movant

_____
Toni Walker Terrett
Attorney for Debtor

_____
James Henley
Bankruptcy Trustee

Valorri Jones
Staff Attorney